UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAN PURCELL & IRITA WILLIAMS,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE AMERICAN LEGION DEPARTMENT OF WASHINGTON, a non-profit Corporation doing business in Washington, and WILLIAM POWELL, et UX, a marital community in Washington state<br><br>    Defendants. | NO.   CV-13-285-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

BEFORE THE COURT is the Stipulation of Dismissal (ECF No. 47), wherein the parties agree to the dismissal of this action with prejudice and with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY ORDERED**: The Clerk of this court shall enter Judgment dismissing the Second Amended Complaint (ECF No. 5) and the claims therein with prejudice and without an award of fees or costs to either party.

**IT IS SO ORDERED**. The Clerk of this court shall file this Order, enter Judgment, forward copies to counsel, and close this file.

**DATED** this 6th day of January 2015.

> s/ Justin L. Quackenbush
> JUSTIN L. QUACKENBUSH
> SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1