# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAN PURCELL & IRITA WILLIAMS,

*Plaintiff*

v.

THE AMERICAN LEGION DEPARTMENT OF WASHINGTON, et al.,

*Defendant*

Civil Action No. 2:13-CV-285-JLQ

## JUDGMENT OF DISMISSAL IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Second Amended Complaint (ECF No. 5) and the claims therein are dismissed with prejudice and without an award of fees or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a Stipulation of Dismissal

Date: January 6, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb